**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BOBBY LOGAN**                                                                               **PLAINTIFF**

**V.**                                                            **CAUSE NUMBER: 3:25-cv-00189-JDM-RP**

**ASSOCIATED WHOLESALE**
**GROCERS, INC.**                                                                           **DEFENDANT**

**ORDER DENYING MOTION IN LIMINE**
**WITHOUT PREJUDICE**

Before the Court is Defendant Associated Wholesale Grocers, Inc. (AWG)'s Motion in Limine. [62] AWG's motion is aimed at excluding satellite and aerial imagery obtained from Google Earth, Google Maps, and MapQuest. It also seeks to exclude photographs Plaintiff Bobby Logan took using a Samsung Galaxy phone. AWG claims "both categories of evidence are inadmissible under the Federal Rules of Evidence because Plaintiff has failed to and cannot authenticate them, has laid no proper foundation for their technical content and cannot at trial, and cannot establish their reliability without qualified expert testimony that has not been disclosed or offered." [62]

Logan offered this evidence in response to AWG's Motion for Summary Judgment. To the extent the motion in limine seeks to exclude this evidence from this Court's summary-judgment consideration, that issue is now moot. By separate order, the Court granted Logan's motion to strike AWG's Motion for Summary Judgment. So this Court need not decide whether the challenged evidence could be considered under Rule 56(c)(2).

To the extent AWG seeks to exclude this evidence from trial, its motion is premature. AWG contends Logan cannot authenticate these images or lay the proper foundation to admit them at

trial. But at this stage, AWG's argument is speculative. Whether Logan can authenticate and lay a proper foundation for this evidence is a question to be determined *at trial*.

Therefore, the Motion in Limine [62] is **DENIED without prejudice**.

**SO ORDERED**, this the 18th day of May, 2026.

       /s/ James D. Maxwell, II
       UNITED STATES DISTRICT JUDGE
       NORTHERN DISTRICT OF MISSISSIPPI